LINK: 8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-1313 GAF (Ex) | Date | April 21, 2014 |
|---|---|---|---|
| Title | Berdj Bouldoukian v. JPMorgan Chase Bank NA et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     (In Chambers)

## ORDER VACATING ORDER TO SHOW CAUSE

On March 25, 2014, the Court ordered Plaintiff's attorney, Arshak Bartoumian, to show cause why he should not be sanctioned for failing to oppose Defendant's motion to dismiss. (Docket No. 8 [3/25/14 Order].)  Bartoumian has now responded.  (Docket No. 10 [Bartoumian Decl.].)

Prior to the due date for Plaintiff's opposition, Bartoumian was disbarred.  (Id. at 2.) Bartoumian therefore could not have filed any opposition papers.  Accordingly, the March 25 order to show cause is hereby **VACATED**.

**IT IS SO ORDERED.**