JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-1313 GAF (Ex) | Date | May 15, 2014 |
|---|---|---|---|
| Title | Berdj Bouldoukian v. JPMorgan Chase Bank NA et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

### ORDER DISMISSING CASE

On February 20, 2014, this case was removed from the Superior Court for the County of Los Angeles. (Docket No. 1 [Not. of Removal].) The complaint was then dismissed on March 25, 2014. (Docket No. 8 [3/25/14 Order].) However, in dismissing Plaintiff's claims, the Court allowed him the opportunity to amend his pleadings. Any amendment was to have been filed no later than April 11, 2014.

To date, Plaintiff has not amended his complaint. This case is therefore **DISMISSED** without prejudice.

**IT IS SO ORDERED.**